864

No. 96–51. ADAMS ET AL. v. BURLINGTON NORTHERN RAIL-ROAD CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–52. REECE v. HOUSTON LIGHTING & POWER CO. C. A. 5th Cir. Certiorari denied.

No. 96–55. BAYSHORE NATIONAL BANK OF LA PORTE v. EVANS ET UX. C. A. 5th Cir. Certiorari denied.

No. 96–56. PURE WATERS, INC. v. MICHIGAN DEPARTMENT OF NATURAL RESOURCES ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–57. SCHIFFER v. TARRYTOWN BOAT CLUB, INC., ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 96–58. HARRIS v. UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–59. CAZIER v. NATIONSBANC MORTGAGE CORP., FKA KEYCORP MORTGAGE INC. ET AL. Ct. App. Idaho. Certiorari denied.

No. 96–62. VOYTEK v. UNIVERSITY OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–64. DI LAURO ET UX. v. VER STRATE ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–65. GRUMMAN TECHNICAL SERVICES, INC., ET AL. v. ESTATE OF ISHEE ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–67. SAATHOFF v. WHELAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–69. THOMPSON v. NATIONAL AERONAUTICS AND SPACE ADMINISTRATION ET AL. C. A. Fed. Cir. Certiorari denied.

No. 96–71. PHILADELPHIA TRIBUNE CO. ET AL. v. BROWN. Super. Ct. Pa. Certiorari denied.